David S. Perkins, ISB No. 4381
William G. Pope, ISB No. 6336
QUANE SMITH LLP
Sixteenth Floor, U.S. Bank Plaza
101 South Capitol Boulevard
P. O. Box 519
Boise, Idaho 83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARY MORGAN,<br><br>Plaintiff,<br><br>vs.<br><br>CORVEL HEALTHCARE CORPORATION,<br><br>Defendant. | Case No. CIV-04-595S-MHW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW the above-entitled parties, by and through their respective counsel, and stipulate that the above-entitled action shall be dismissed with prejudice and without costs and attorney fees to any party.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DATED this 28th day of November, 2005.

LAW OFFICE OF DEAN A. MARTIN, CHTD.

By _Dean A. Martin_

Dean A. Martin, Of the Firm
Attorneys for Plaintiff

DATED this 28th day of November, 2005.

QUANE SMITH LLP

By _William G. Pope_

William G. Pope, Of the Firm
Attorneys for Defendant

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2